AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| American Civil Liberties Union of Northern California<br><br>*Plaintiff(s)*<br>v.<br>U.S. Immigration and Customs Enforcement<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-03112-LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Immigration and Customs Enforcement
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sana Singh
Michelle (Minju) Cho
American Civil Liberties Union Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date:  June 26, 2023

*Signature of Clerk or Deputy Clerk*