**RUDDEROW LAW GROUP**
A Professional Law Corporation
**Daniel T. Rudderow SBN: 174258**
**Chris C. Chapman SBN: 234738**
1301 Dove Street, Suite 800
Newport Beach, California 92660
(949) 565-1344

Attorneys for Defendant,
ECHELON COMMUNITIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ESCAMILLA AND LUISA CORDERO,<br><br>Plaintiffs,<br><br>vs.<br><br>ECHELON COMMUNITIES, LLC,<br><br>Defendants. | Case No. 3:23-cv-3132<br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G<br><br>**DECLARATION OF CHRIS C. CHAPMAN, ESQ. IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO QUASH SERVICE PURSUANT TO RULE 12(B)(5)**<br><br>Date:        October 19, 2023<br>Time:       1:30 p.m.<br>Courtroom: G<br><br>Action Filed:  June 25, 2023 |

**DECLARATION OF CHRIS C. CHAPMAN, ESQ.**

I, Chris C. Chapman, Esq., declare and state as follows:

1.     I am an attorney duly licensed to practice before all courts of the State of California and am a senior attorney with Rudderow Law Group, attorneys of record for Echelon Communities, LLC ("Defendant" or "Echelon"). I am familiar with the facts stated herein and, if

- 2 -

called upon as a witness, I could and would testify completely to the following facts based upon my own personal knowledge.

2. On August 9, 2023 at 2:16 p.m., I received an email from Evan Livingstone, counsel for Plaintiffs in this action, stating in part the following: "I have tried unsuccessfully to serve Holly Preston, agent for service of process for Echelon Communities, LLC with the summons and complaint in the lawsuit Escamilla and Cordero v Echelon Communities, LLC, Case No. 3:23-cv-03132-LJC in the Northern District of California. The process server could not find her at home. Therefore, today I mailed a Request to Waive Service of Summons to John and Holly Preston at John Preston or Holly Preston, Echelon Communities, LLC, 2963 SANTA ROSA AVE, SANTA ROSA, CA 95407, along with a self-addressed stamped return envelope." A true and correct copy of the email is attached hereto as **Exhibit A**.

3. On August 14, 2023 at 2:06 p.m., I received an email from Evan Livingstone stating the following: "I personally served John Preston with the Summons, Complaint, CMC Conference Notice and Consent/Declination to magistrate judge today. A response is due on September 5, 2023." A true and correct copy of the email is attached hereto as **Exhibit B**.

4. I have not executed a waiver of service on behalf of Defendant in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Newport Beach, California on September 5, 2023.

*Chris C. Chapman*
_____
Chris C. Chapman

- 2 -

**DECLARATION OF CHRIS C. CHAPMAN, ESQ. IN SUPPORT THEREOF**

# EXHIBIT A

Email from Evan Livingstone to Chris C. Chapman dated August 9, 2023
Regarding Request to Waive Service of Summons

# Chris Chapman

| | |
|---|---|
| **From:** | Evan Livingstone <evanmlivingstone@gmail.com> |
| **Sent:** | Wednesday, August 9, 2023 2:16 PM |
| **To:** | Chris Chapman |
| **Subject:** | Escamila and Cordero v Echelon Communities, LLC - Request to Waive Service of Summons |
| **Attachments:** | Escamila, Cordero v Echelon Communities, LLC - Request to Waive Service of Summons.pdf; Waiver for Service of Summons.pdf; 3 23-cv-3132 Escamila, Cordero v Echelon Communities, LLC - Summons Issued.pdf; 3 23-cv-3132 Escamilla, Cordero v Echelon Communities, LLC - Complaint.pdf; 3 23-cv-3132 Escamila, Cordero v Echelon Communities, LLC - Order Setting CMC.pdf; Magistrate Consent Declination Form Blank.pdf |

Dear Chris:

I have tried unsuccessfully to serve Holly Preston, agent for service of process for Echelon Communities, LLC with the summons and complaint in the lawsuit Escamilla and Cordero v Echelon Communities, LLC, Case No. 3:23-cv-03132-LJC in the Northern District of California. The process server could not find her at home.

Therefore, today I mailed a Request to Waive Service of Summons to John and Holly Preston at John Preston or Holly Preston, Echelon Communities, LLC, 2963 SANTA ROSA AVE, SANTA ROSA, CA 95407, along with a self addressed stamped return envelope. Included in the package was:

Request to Waive Service of Summons
Waiver of Service of Summons (2 copies)
Summons
Complaint
Order Setting CMC
Blank Consent/Declination to Magistrate

Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 206-6570
fax (707) 676-9112

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

# EXHIBIT B

Email from Evan Livingstone to Chris C. Chapman dated August 14, 2023
Regarding Summons Executed

# Chris Chapman

| | |
|---|---|
| **From:** | Evan Livingstone <evanmlivingstone@gmail.com> |
| **Sent:** | Monday, August 14, 2023 2:06 PM |
| **To:** | Chris Chapman |
| **Subject:** | 3:23-cv-3132 Escamila, Cordero v Echelon Communities, LLC - Summons Executed |
| **Attachments:** | 3 23-cv-3132 Escamila, Cordero v Echelon Communities, LLC - Summons Executed.pdf |

Chris:

I personally served John Preston with the Summons, Complaint, CMC Conference Notice and Consent/Declination to magistrate judge today.

A response is due on September 5, 2023.


Evan Livingstone
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
tel. (707) 206-6570
fax (707) 676-9112

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: evanmlivingstone@gmail.com

# PROOF OF SERVICE

*ESCAMILLA, ET AL. V. ECHELON COMMUNITIES, LLC*
*CASE NO. 3:23-CV-3132*

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 1301 Dove Street, Suite 800, Newport Beach, CA 92660. On September 5, 2023, I caused the foregoing document(s) described as **DECLARATION OF CHRIS C. CHAPMAN, ESQ. IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO QUASH SERVICE**

    to be served on the interested parties in this action as follows:

☐ By placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as stated below or ☒ by sending a copy as stated and addressed below:

***SEE ATTACHED SERVICE LIST***

☒ **BY ELECTRONIC SERVICE.** I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central Division of California, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ [Federal] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on September 5, 2023, at Newport Beach, California.

                                       *Grace Bracamonte*
                                       Grace Bracamonte

**SERVICE LIST**
*Escamilla, et al. v. Echelon Communities, LLC*
Case No. 3:23-cv-3132

Evan Livingstone, Esq.
Law Offices of Evan Livingstone
1160 N. Dutton Ave., Ste. 105
Santa Rosa, CA 95401
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

*Attorneys for PLAINTIFFS,*
Eduardo Escamilla and Luisa Cordero