**RUDDEROW LAW GROUP**
A Professional Law Corporation
**Daniel T. Rudderow SBN: 174258**
**Chris C. Chapman SBN: 234738**
1301 Dove Street, Suite 800
Newport Beach, California 92660
(949) 565-1344

Attorneys for Defendant,
ECHELON COMMUNITIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ESCAMILLA AND LUISA CORDERO,<br><br>Plaintiffs,<br><br>vs.<br><br>ECHELON COMMUNITIES, LLC,<br><br>Defendants. | Case No. 3:23-cv-3132<br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G<br><br>**DECLARATION OF JOHN PRESTON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO QUASH SERVICE**<br><br>Date: October 19, 2023<br>Time: 1:30 p.m.<br>Courtroom: G<br><br>Action Filed: June 25, 2023 |

**DECLARATION OF JOHN PRESTON**

I, John Preston, declare and state as follows:

1.  I am a member of Echelon Communities, LLC ("Defendant" or "Echelon"), the defendant in the above-captioned lawsuit. I make this declaration in support of Defendant's Motion to Dismiss or, in the Alternative, Motion to Quash Service. I am familiar with the facts

stated herein and, if called upon as a witness, I could and would testify completely to the following facts based upon my own personal knowledge.

2. Echelon is a California limited liability company that owns Sunset Park Community, a mobilehome park located at 2963 Santa Rosa Ave., Santa Rosa, CA 95407 (the "Park"). The agent for service of process for Echelon is Holly Preston at 1730 Pine St, Saint Helena, CA 94574.

3. On August 14, 2023, I was present at the Park when I witnessed Evan Livingstone in the parking lot. I am familiar with Mr. Livingstone because his full time job seems to be to sue my park. I was standing on the other side of the road under the canopy at Space C-09. I was talking on my cell phone. After parking his car, Mr. Livingstone began walking toward me and stopped in the middle of the street by the Park Office. He was about 20 feet away from me when he threw some papers on the ground, before getting back into his car and driving away. I did not speak to Mr. Livingstone and he did not speak to me. I did not know what he threw on the ground. I did not pick it up what he threw on the ground.

4. I only became aware of this lawsuit because Mr. Livingstone emailed my attorney the summons and complaint.

5. I have never been personally delivered a copy of the summons or complaint filed in this lawsuit. I am not aware that Holly Preston has ever been personally served with the summons or complaint in this lawsuit.

6. At no point on August 14, 2023 (or at any time before or thereafter) did I refuse to accept documents or decline to take documents offered to me by Mr. Livingstone.

7. I have never attempted to evade service by physically or verbally refusing it.

8. Mr. Livingstone never attempted to hand me any documents on August 14, 2023. He did not approach me and came no closer than approximately 20 feet away, where he threw the documents on the ground, and I was not even paying much attention to him.

9. On August 14, 2023, I had no reason to believe that he was attempting to personally serve me with legal documents at the Park.

10. I have never signed a waiver of service of summons in this lawsuit.

**DECLARATION OF JOHN PRESTON**

1

2      I declare under penalty of perjury under the laws of the State of California that the

3 foregoing is true and correct. Executed this 5th day of September 2023 at Santa Rosa, California.

4

5                         *John Preston*
                          John Preston

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

**DECLARATION OF JOHN PRESTON**

# PROOF OF SERVICE

*ESCAMILLA, ET AL. V. ECHELON COMMUNITIES, LLC*
*CASE NO. 3:23-CV-3132*

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 1301 Dove Street, Suite 800, Newport Beach, CA 92660. On September 5, 2023, I caused the foregoing document(s) described as **DECLARATION OF JOHN PRESTON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO QUASH SERVICE**

    to be served on the interested parties in this action as follows:

☐ By placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as stated below or ☒ by sending a copy as stated and addressed below:

***SEE ATTACHED SERVICE LIST***

☒    **BY ELECTRONIC SERVICE**. I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central Division of California, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒    [Federal]    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on September 5, 2023, at Newport Beach, California.

*Grace Bracamonte*
Grace Bracamonte

PROOF OF SERVICE

**SERVICE LIST**
*Escamilla, et al. v. Echelon Communities, LLC*
Case No. 3:23-cv-3132

Evan Livingstone, Esq.
Law Offices of Evan Livingstone
1160 N. Dutton Ave., Ste. 105
Santa Rosa, CA 95401
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

*Attorneys for PLAINTIFFS,*
Eduardo Escamilla and Luisa Cordero

PROOF OF SERVICE