# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

## CIVIL MINUTES

| **Date:** November 2, 2023 | **Time:** 1:44 p.m.-2:30 p.m. (46 minutes) | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 3:23-cv-03132-LJC | **Case Name:** Escamilla v. Echelon Communities, LLC | |

**Attorney for Plaintiff:** Evan Livingstone, Wade Law Group, counsel for plaintiff

**Attorney for Defendant:** Christina Spiezra, Rudderow Law Group, counsel for defendant

**Deputy Clerk:** Brittany Sims          **Liberty Recording:** 1:44 p.m.- 2:30 p.m.

## PROCEEDINGS

Motion to Dismiss Hearing (ECF 18) held. The Court heard arguments from both parties. The Court directs defense counsel to file a notice of appearance on the docket after the hearing. The Court takes the matter under submission and will issue a written order.