```
Evan Livingstone, SBN 252008
LAW OFFICE OF EVAN LIVINGSTONE
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
Tel.: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Plaintiffs
Eduardo Escamilla and Luisa Cordero
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ESCAMILLA AND LUISA CORDERO<br><br>Plaintiffs,<br><br>vs.<br><br>ECHELON COMMUNITIES, LLC<br><br>Defendant. | Case No. 3:23-cv-3132<br><br>**NOTICE OF DEATH OF PLAINTIFF EDUARDO ESCAMILLA**<br><br>Suggestion of Death Upon the Record Under Rule 25(a)(1)<br><br>Action Filed: June 25, 2023 |

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiff LUISA CORDERO, successor-in-interest of Plaintiff EDUARDO ESCAMILLA, informs the court and all parties, pursuant to Fed. Rule Civ. Proc., Rule 25(a)(1), of the death of Plaintiff EDUARDO ESCAMILLA, during the pendency of this action.

As successor-in-interest of Plaintiff EDUARDO ESCAMILLA, Plaintiff LUISA CORDERO will make an appropriate motion for substitution pursuant to Rule 25(a)(1), within 90 days.

Dated: November 9, 2023                     Law Office of Evan Livingstone

                                            /s/Evan Livingstone
                                            Evan Livingstone, Attorney for Plaintiffs
                                            Eduardo Escamilla and Luisa Cordero